IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BLAKE HOBSON, et al                                               PLAINTIFFS

VS.                                                           NO. 1:02CV94-D-B

PAUL RAYMOND ROBINSON, et al.                                    DEFENDANTS

ORDER DENYING MOTION TO REMAND AND GRANTING MOTION FOR
SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiffs' motion to remand (docket entry 130) is DENIED;

(2) the Defendant Alfa Insurance Company's motion for summary judgment (docket entry 118) is GRANTED;

(3) the Plaintiffs' claims against Defendant Alfa Insurance Company shall be DISMISSED;

(4) the Defendant Alfa Insurance Company shall be DIMISSED; and

(5) the remaining parties shall proceed to trial.

SO ORDERED, this the 8th day of July 2005.

/s/ Glen H. Davidson
Chief Judge